UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KINOKUNIYA BOOK STORES OF
AMERICA COMPANY LIMITED,

Plaintiff,

v.

WAHOO INTERNATIONAL LLC, et al.,

Defendants.

Case No. 25-cv-03202-AGT

**THIRD AMENDED CONDITIONAL
DISMISSAL ORDER**

The conditional dismissal order (dkt. 38) is amended as follows. The claims remain dismissed without prejudice. If the parties notify the Court by August 3, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by August 3, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All other deadlines in the case remain vacated.

**IT IS SO ORDERED.**

Dated: June 1, 2026

Alex G. Tse
United States Magistrate Judge